| 1. Person Reporting (last name, first, middle initial)<br><br>Otero, Samuel J. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>05/10/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
312 North Spring Street, Room 244-P
Los Angeles, CA 90012

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Judge Michel Intellectual Property American Inn of Court |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2003 | California Judges Retirement Plan; Pension Upon Retirement, Age 63 |
| 2. 1988 | Los Angeles Employees Retirement Plan; Pension Upon Retirement, Age 55 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/2011 | Los Angeles Employee Retirement Pension | $16,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 01/2011 | Los Angeles Unified School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Department of Justice | Sep. 19-22, 2012 | Columbia, South Carolina | National Advocacy Center Program Participant | Meals, Hotel, Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | L.A. I.P. Inn of Court | Membership | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Franklin California Tax Free Income Fund | A | Dividend | J | T | | | | | |
| 2. Galliard Stable Value (LA Def. Comp.Wash. Mutual Liquid) | A | Interest | J | T | | | | | |
| 3. First Investors Cash Management Fund A (brokerage acct #1) | A | Dividend | | | Sold | 04/19/11 | J | | |
| 4. First Investors Investment Grade Fund A (brokerage acct #1) | B | Dividend | K | T | | | | | |
| 5. First Investors Fund for Income (brokerage acct #1) | A | Dividend | J | T | | | | | |
| 6. Oppenheimer Discovery Fund | A | Dividend | K | T | | | | | |
| 7. Oppenheimer Equity Fund | A | Dividend | K | T | | | | | |
| 8. Aviva Life Insurance Strategy Select | A | Dividend | K | T | | | | | |
| 9. Great American Life Insurance | A | Dividend | K | T | | | | | |
| 10. First Investors Growth & Income Fund (X br. acct #1) | B | Dividend | J | T | | | | | |
| 11. First Investors Situations Fund A (X br. acct #1) | A | Dividend | J | T | | | | | |
| 12. First Investors Global Fund A (X br. acct #1) | A | Dividend | | | Sold | 08/11/11 | K | | |
| 13. First Investors Total Return fund (X br. acct #1) | A | Dividend | L | T | | | | | |
| 14. First Investors Select Growth Fund A (X br. acct #1) | A | Dividend | J | T | | | | | |
| 15. First Investors Value Fund (x brokerage acct #1) | A | Dividend | K | T | | | | | |
| 16. Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Sold (part) | 01/28/11 | J | | |
| 17. Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 03/28/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 06/27/11 | J | | |
| 19. | Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 09/23/11 | J | | |
| 20. | Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 09/28/11 | J | | |
| 21. | Bank of America (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 12/27/11 | J | | |
| 22. | Ford Motor (X "common" brokerage account #2) | A | Dividend | J | T | Buy | 01/28/11 | J | | |
| 23. | Ford Motor (X "common" brokerage account #2) | A | Dividend | J | T | Sold (part) | 06/08/11 | J | | |
| 24. | Ford Motor (X "common" brokerage account #2) | A | Dividend | J | T | Sold (part) | 08/09/11 | J | | |
| 25. | Ford Motor (X "common" brokerage account #2) | A | Dividend | J | T | Sold (part) | 12/29/11 | J | | |
| 26. | CitiGroup CX "common" brokerage | A | Dividend | J | T | Buy | 01/18/11 | J | | |
| 27. | CitiGroup CX "common" brokerage | A | Dividend | J | T | Sold (part) | 04/15/11 | J | | |
| 28. | Alamo Energy (x "common" brokerage acct #2) | | None | | | Sold | 01/12/11 | J | | |
| 29. | Apple (x "common" brokerage acct #2) | A | Dividend | J | T | Sold (part) | 04/19/11 | L | | |
| 30. | Apple Inc (X brokerage account #2) | A | Dividend | | | Sold | 12/29/11 | J | | |
| 31. | Matthews Pacific Tiger Fund x "common" brokerage acct #2) | A | Dividend | | | Sold | 12/29/11 | J | | |
| 32. | Johnson & Johnson (x "common" acct #2 | A | Dividend | J | T | Sold (part) | 01/28/11 | J | | |
| 33. | I Shares Silver (x "common" brokerage acct #2) | A | Dividend | | | Sold | 01/28/11 | J | | |
| 34. | United States Savings Bond | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chase Bank Account Joint | B | Interest | K | T | | | | | |
| 36. L.A. Federal Credit Union Accounts | B | Interest | M | T | | | | | |
| 37. California Credit Union | A | Interest | J | T | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Otero, Samuel J. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The "buy" transaction activity for the First Investors Trust Funds reported in Section VII are actually exchanges and transfers within the First Investors family of funds. The First Investors Cash Management & Global Funds were not owned at the end of the reporting period.

In September 2009, _____ opened brokerage account #2. SPDR Gold Trust reported in my 2010 report was not owned in 2011. Apple, Matthews Pacific Tiger Fund, Alamo Energy, and I Shares Silver listed in account #2 were not owned at the end of the reporting period.

First Investors Int'l Fund A (X br. Acct #1) was mistakenly reported in my 2010 report. The asset was sold in 2009 and should not have been included in my 2010 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Samuel J. Otero

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544